# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRANDON S. BAKER SR., | : | |
| Petitioner, | : | Civ. No. 17-4995 (FLW) |
| v. | : | |
| STATE OF NEW JERSEY, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915(a). This case is subject to screening by the Court *sua sponte*, and the Court will screen the Petition in due course.

Therefore, IT IS, on this 17th day of October 2018,

ORDERED that Petitioner's renewed application to proceed *in forma pauperis*, (ECF Nos. 1-1 & 4), is GRANTED; and it is further

ORDERED that the Court will not order Respondent to file an answer at this time, as the Court has not yet completed its *sua sponte* screening; and it is further

ORDERED that the Clerk of the Court shall send a copy of this Order to Plaintiff by regular U.S. mail.

/s/ Freda L. Wolfson
Freda L. Wolfson
United States District Judge